## Louise M. KREKORIAN
v.
## R.I. ASSOCIATION FOR THE BLIND.
### No. 85–138–M.P.

Supreme Court of Rhode Island.
May 9, 1985.

Paul L. Lovett, Marc B. Gursky, Lovett, Morgera, Schefrin & Gallogly, Ltd., Providence, for petitioner.

Rudolph E. Boffi, Providence, for respondent.

### ORDER

The petition for writ of certiorari is denied.

MURRAY, J., did not participate.

◼

## Sandra RZEMIEN
v.
## BRISTOL SCHOOL COMMITTEE.
### No. 85–15–M.P.

Supreme Court of Rhode Island.
May 9, 1985.

Thomas J. Liquori, Jr., Providence, for petitioner.

◼

## WOONSOCKET HEALTH CENTRE
v.
## Wallace D. SIMMONS et al.
### No. 85–10–M.P.

Supreme Court of Rhode Island.
May 9, 1985.

Michael St. Pierre, Warwick, for petitioner.

William G. Savastano, North Smithfield, for respondents.

### ORDER

The petition for writ of certiorari is denied.

MURRAY, J., did not participate.